393 A.2d 1299

Vaughan v. Greyhound Lines, Inc., Appellant.

Argued April 17, 1978. James P. McKenna, Jr., for appellant; Jerry B. Landis, for appellee.

Orders affirmed.

393 A.2d 1299

Weber et al. v. Sokolitz, Appellant.

Argued April 13, 1978. W. Pietragallo, with him John E. Hall, for appellant; Thomas Hollander, for appellees.

Order affirmed.

PRICE and HESTER, JJ., dissented.